

DEC 1 2 2007



1  McGREGOR W. SCOTT
   United States Attorney
2  Samantha S. Spangler
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-CR-00552 MCE |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
| ANISHA LA ANDA HILL, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December 12, 2007

EDMUND F. BRENNAN
United States Magistrate Judge

1