FILED

DEC 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | 2:07-CR00552 MCE |
| v. ) | |
| ) | |
| SEALED, ) | |
| ) Defendant. ) | |

SEALING ORDER

Upon motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December 12, 2007

EDMUND F. BRENNAN
United States Magistrate Judge