McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792

FILED

FEB 12 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANISHA LA ANDA HILL, ) <br> ) <br> Defendant. ) | 2-07-CR-552 MCE <br><br> ~~PROPOSED~~ ORDER UNSEALING INDICTMENT |

Upon request of the government, IT IS HEREBY ORDERED that the indictment filed on December 12, 2007, in the above-referenced case be unsealed.

DATED: 2/11/08

_____
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

1