FILED
February 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )         Case No.  2:07-cr-552 MCE
         Plaintiff, )
v. )         ORDER FOR RELEASE
                                           )         OF PERSON IN CUSTODY
Anisha Hill, )
         Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _Anisha Hill_ Case _2:07-cr-552 MCE_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___    Release on Personal Recognizance

      ___    Bail Posted in the Sum of _____

      _X_    Unsecured bond in the amount of $10,000.

      ___    Appearance Bond with 10% Deposit

      ___    Appearance Bond secured by Real Property

      ___    Corporate Surety Bail Bond

      _X_    (Other) _PTS conditions/supervision;_

Issued at _Sacramento, CA_ on _2/12/08_ at _3:50 p.m._

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge