FILED
February 26, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-cr-552 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Anisha Hill, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Anisha Hill  Case  2:07-cr-552 MCE  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of _____

  __ Unsecured bond in the amount of.

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond secured by Real Property

  __ Corporate Surety Bail Bond

  X (Other) PTS conditions/supervision; defendant escorted to Alpha Oaks residential treatment program on 2/27/08 by PTS or FD investigator

Issued at  Sacramento, CA  on  2/26/08  at  2:20 p.m.*

By _____
Kimberly J. Mueller,
United States Magistrate Judge

*Ms. Hill to be delivered to PTS officer Sheehan before 10 a.m. on 2/27/08.