UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
· February 27, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>            Plaintiff,                      )<br>v.                                                      )<br>                                                          )<br>Anisha Hill,                                    )<br>                                                          )<br>            Defendant.                  ) | Case No. 2:07-cr-552 MCE<br><br>REVOCATION OF<br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

The release order issued on February 26, 2007 for _Anisha Hill_ Case _2:07-cr-552 MCE_ is hereby revoked.

Issued at _Sacramento, CA_ on _2/27/08_ at _4 p.m._.

By _____
Kimberly J. Mueller,
United States Magistrate Judge