1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
ANISHA HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-552 KJM/MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO MODIFY |
| v. | ) | CONDITIONS OF RELEASE |
| | ) | |
| ANISHA HILL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

    The United States of America, by and through its counsel, Samantha S. Spangler, and the defendant, by and through her counsel, Caro Marks, hereby stipulate as follows:

    Ms. Hill has been accepted to the Bishop Gallegos Maternity Home, located at 6423 Lang Avenue in Sacramento.  Ms. Hill is expected to be referred to intensive outpatient counseling at Mercy Perinatal, receive additional substance abuse counseling through Pretrial Services and will be drug tested on a weekly basis.  Ms. Hill will reside at the Bishop Gallegos Maternity Home.

1  Ms. Hill should be released to the custody of Pretrial Services
2 before 10:00 a.m. on Wednesday, March 5, 2008, and thereafter
3 transported to the Bishop Gallegos by an investigator with
4 the Federal Defender's Office.  All terms and conditions of release as
5 previously imposed on her bond shall remain in effect while on Pretrial
6 Services supervision.

Dated:  March 4, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    ANISHA HILL

                                    /s/ Samantha S. Spangler
                                    _____
                                    SAMANTHA S. SPANGLER
                                    Assistant United States Attorney


**ORDER**

The defendant's conditions of release are modified.  Ms. Hill shall be released to the custody of Pretrial Services before 10:00 a.m. on Wednesday, March 5, 2008, and thereafter transported to the Bishop Gallegos by an investigator with the Federal Defender's Office.  All terms and conditions of release as previously imposed on her bond shall remain in effect while on Pretrial Services supervision.

DATED:  March 4, 2008.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Name of Pleading: Hill s/o release-2-