McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ANISHA HILL,<br><br>           Defendant. | CASE NO. 2:07-cr-552 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:  April 17, 2008<br>TIME:  9:00 a.m.<br>COURT: Morrison C. England, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 27, 2008, may be continued to April 17, 2008, at 9:00 a.m.  Counsel are in the process of plea negotiations, but need more time to complete them.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///
///
///
///

1

1  Defense counsel has authorized the prosecutor to sign this
2  stipulation on her behalf.

3  DATED:  March 25, 2008                    McGREGOR W. SCOTT
                                             United States Attorney
4

5
                                    by    /s/ Samantha S. Spangler
6                                         Samantha S. Spangler
                                          Assistant U.S. Attorney
7

8  DATED:  March 25, 2008                    DANIEL J. BRODERICK
                                             Federal Defender
9

10                                  by    /s/ Samantha S. Spangler for
                                          Caro Marks
11                                        Assistant Federal Defender
                                          Counsel for Ms. Hill
12

13                               Order

14  Good cause appearing,

15  The status conference scheduled for March 27, 2008 is continued
16  to April 17, 2008 at 9:30 a.m.

17  Time is excluded from the speedy trial calculation pursuant to
18  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
19  preparation.

20  IT IS SO ORDERED.

21  Dated: March 26, 2008

22
23
                         _____
24                       MORRISON C. ENGLAND, JR.
                         UNITED STATES DISTRICT JUDGE
25
26
27
28