```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00552-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| ANISHA LaANDA HILL, ) | |
| ) | DATE: May 15, 2008 |
| Defendant. ) | TIME: 9:00 a.m. |
| _____) | COURT: Morrison C. England, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for April 17, 2008, may be continued to May 15, 2008, at 9:00 a.m. Ms. Hill is in a residential treatment program and doing well. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: April 16, 2008                      McGREGOR W. SCOTT
                                           United States Attorney


                                   by      /s/ Samantha S. Spangler
                                           Samantha S. Spangler
                                           Assistant U.S. Attorney


DATED: April 16, 2008                      DANIEL J. BRODERICK
                                           Federal Defender


                                   by      /s/ Samantha S. Spangler for
                                           Caro Marks
                                           Assistant Federal Defender
                                           Counsel for Ms. Hill


                                  Order

Good cause appearing,

The status conference scheduled for April 17, 2008, is continued to May 15, 2008, at 9:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: April 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE