FILED

May 22, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:08CR00552 MCE-01 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ANISHA LA ANDA HILL, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   ANISHA LA ANDA HILL  , Case No.

2:08CR00552 MCE-01  , Charge   18 USC § 287 & 2  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)      The defendant is ordered to be released from the U.

S. Marshal to the Effort, on 5/23/2008 @ 9:00 a.m.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   May 22, 2008   at   2:41 pm   .

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 3—Probation