```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANISHA LA ANDA HILL
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) No. 2:07-cr-00552-MCE
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER
13       v.                     )
                                )
14  ANISHA LA ANDA HILL,        ) Date:  July 03, 2008
                                ) Time:  9:00 a.m.
15              Defendant.      ) Judge: Morrison C. England
                                )
16  _____)

17
```

18      ANISHA LA ANDA HILL, by and through her counsel, Caro Marks,
19 Assistant Federal Defender, and the United States government, by and
20 through its counsel, Samantha Spangler, Assistant United States
21 Attorney, hereby stipulate and agree to vacate the previously scheduled
22 Status Conference Date of June 19, 2008, and set a new Status
23 Conference Date of July 03, 2008 at 9:00 a.m.
24      Defense Counsel has received the discovery and plea offer in this
25 case.  Counsel needs time to review the plea agreement with Ms. Hill,
26 and to discuss options for resolution of her case.
27 ///
28 ///

1     Therefore, both parties agree to this continuance and agree to
2 exclude time pursuant to the Speedy Trial Act for preparation of
3 counsel, 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].
4     IT IS STIPULATED that the period from the signing of this order,
5 up to and including July 03, 2008, be excluded in computing the time
6 within which trial must commence under the Speedy Trial Act, pursuant
7 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
8 preparation of counsel.

                                     Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Caro Marks
                                       _____
                                       CARO MARKS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ANISHA LA ANDA HILL

Dated: June 17, 2008

                                       MCGREGOR SCOTT
                                       United States Attorney

                                       /s/ Samantha Spangler
                                       _____
                                       SAMANTHA SPANGLER
                                       Assistant U.S. Attorney

                                  **ORDER**

**IT IS SO ORDERED.**

 Dated: June 17, 2008

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE