FILED

June 30, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )          Case No.  2:07-cr-552 MCE
                             )
v.                           )
                             )          ORDER FOR RELEASE
                             )          OF PERSON IN CUSTODY
Anisha Hill,                 )
                             )
              Defendant.     )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Anisha Hill   Case 2:07-cr-552 MCE   from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

         __    Release on Personal Recognizance

         __    Bail Posted in the Sum of _____

         __    Unsecured bond in the amount of

         __    Appearance Bond with 10% Deposit

         __    Appearance Bond secured by Real Property

         __    Corporate Surety Bail Bond

         X     (Other) PTS conditions/supervision; defendant to attend The Effort

               residential treatment program for 90 days *

Issued at  Sacramento, CA  on 6/30/08      at  2:38 p.m.

                              By  _____

                                  Kimberly J. Mueller,
                                  United States Magistrate Judge

* Ms. Hill to be delivered to
The Marshals Office by 9 a.m. on July 1, 2008, and handed over
to PTS Officer Sheehan, who will coordinate her immediate transfer to
The Effort with the assistance of the Federal Defender's Investigator.