```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00552-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| ANISHA LaANDA HILL, | ) ) | DATE: August 21, 2008 |
| Defendant. | ) ) | TIME: 9:00 a.m. COURT: Morrison C. England, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for July 3, 2008, may be continued to August 21, 2008, at 9:00 a.m. Ms. Hill has just been released to an inpatient drug treatment program and has begun a blackout period of at least 21 days. Thereafter, Defense Counsel will need time to review with her the discovery and the proposed plea agreement and discuss possible options for resolution.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: July 1, 2008                           McGREGOR W. SCOTT
                                              United States Attorney


                                         by   /s/ Samantha S. Spangler
                                              Samantha S. Spangler
                                              Assistant U.S. Attorney


DATED: July 1, 2008                           DANIEL J. BRODERICK
                                              Federal Defender


                                         by   /s/ Samantha S. Spangler for
                                              Caro Marks
                                              Assistant Federal Defender
                                              Counsel for Ms. Hill

                                     Order

Good cause appearing,

The status conference scheduled for July 3, 2008, is continued to August 21, 2008, at 9:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: July 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2