DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANISHA LA ANDA HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-00552-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ANISHA LA ANDA HILL, | ) | Date:  September 25, 2008 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge:  Morrison C. England |
| | ) | |
| _____ | ) | |

ANISHA LA ANDA HILL, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Samantha Spangler, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of August 21, 2008, and set a new Status Conference date of September 25, 2008 at 9:00 a.m.

Ms. Hill is presently undergoing inpatient drug rehabilitation in Sacramento, Ca.  She is not expected to be available for court for at least 30 days (and possibly longer).

///

///

After she has completed this drug rehabilitation, defense counsel will need some time to review with her the discovery and plea offer in her case, and to discuss options for its resolution.

Therefore, both parties agree to this continuance and agree that the period from August 21, 2008, up to and including September 25, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks

Dated: August 21, 2008        _____
                              CARO MARKS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ANISHA LA ANDA HILL


                              McGREGOR W. SCOTT
                              United States Attorney

Dated: August 21, 2008        /s/ Samantha Spangler

                              _____
                              SAMANTHA SPANGLER
                              Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

 Dated: August 21, 2008

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

2