UNITED STATES DISTRICT COURT
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Anisha La Anda Hill                                            **Docket No. 2:07-CR-0552 MCE**

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Anisha La Anda Hill, who was placed on bond by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 12th day of February, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 287 - False Claims.

**BOND CONDITIONS:** The defendant was released on a $10,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On Friday, September 5, 2008, the defendant was discharged from The Effort residential substance abuse treatment program for violating treatment program rules. On September 8, 2008, the defendant tested presumptively positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER** a bail violation be calendered at 2:00 p.m. on Tuesday, September 9, 2008, to address the defendant's unsuccessful participation in a 90 day residential treatment program and use of cocaine.

**LAST KNOWN ADDRESS:**        On file with Pretrial Services
**TELEPHONE NUMBER:**          On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
Pretrial Services Officer
September 8, 2008

## ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

X  The Court hereby orders this matter placed on this court's calendar on **Tuesday, September 9, 2008** , at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

Considered and ordered this 8th day of
September 2008, and ordered filed and
made a part of the records in the above case.

U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
HILL, Anisha La Anda

**SPECIAL CONDITIONS OF RELEASE:**

1.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.  You are to reside at a location approved by the Pretrial Services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4.  Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5.  You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6.  You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7.  You shall submit to drug or alcohol testing as approved by the Pretrial Services officer;

8.  You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9.  You shall immediately contact Pretrial Services should you have any contact with law enforcement;

10. You shall address all outstanding warrants and provide verification to Pretrial Services; and

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.