UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>      v.<br><br>LANISH LA ANDA HILL,<br><br>            Defendant.<br>_____/ | Case No. 2:07-cr-00552-MCE<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

   This is to authorize and direct you to release LANISH LA ANDA HILL, Case No. 2:07-cr-00552-MCE, Charged with filing a false claim, from custody for the following reasons:

   _X_   Release on Personal Recognizance

   ____   Bail Posted in the Sum of $____

         ____   Unsecured Appearance Bond

         ____   Appearance Bond with 10% Deposit

         ____   Appearance Bond with Surety

         ____   Corporate Surety Bail Bond

         ____   (Other):

   Issued at Sacramento, California on February 12, 2009 at 10:15 a.m.

                              By  _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE